UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. TENNESSEE VALLEY MARBLE )<br>HOLDING COMPANY, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>GRUNLEY CONSTRUCTION, et al., )<br>  )<br>  )<br>  Defendants. )<br>_____) | Civil Action No. 04-1616 (RCL) |

## ORDER

Upon consideration of defendant Atlantic's Motion [44] for Partial Summary Judgment, plaintiff's Motion for Discovery Sanctions, [45] plaintiff's Motion to Strike [48], and plaintiff's Motion for Partial Summary Judgment [51], the oppositions and replies thereto, the record herein and for good cause shown, it is hereby

ORDERED that defendant Atlantic's Motion [44] for Partial Summary Judgment is GRANTED on Count III against plaintiff and therefore the plaintiff is not entitled to its claims for damages under Count III; it is further

ORDERED that plaintiff's Motion [45] for Discovery Sanctions is DENIED; it is further

ORDERED that defendant Atlantic's Motion [46] to Dismiss is DENIED as moot; it is further

ORDERED the plaintiff's Motion [48] to Strike is DENIED; it is further

ORDERED that plaintiff's Motion [51] for Partial Summary Judgment is GRANTED IN PART and DENIED IN PART. The motion is GRANTED only as to Count IV against

defendant Grunley and therefore a valid and enforceable contract exists between TVM and Grunley.  The motion is DENIED as to Counts I and II.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, May 17, 2006.